[Cite as *State v. Berrios*, 2022-Ohio-1999.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## ASHTABULA COUNTY

| | |
|---|---|
| STATE OF OHIO, | **CASE NO. 2022-A-0043** |
| Plaintiff-Appellee, | |
| - v - | Criminal Appeal from the Court of Common Pleas |
| RAUL ALVAREZ BERRIOS, | Trial Court No. 2021 CR 00126 |
| Defendant-Appellant. | |

**M E M O R A N D U M**
**O P I N I O N**

Decided: June 13, 2022
Judgment: Appeal dismissed

*Colleen M. O'Toole,* Ashtabula County Prosecutor, 25 West Jefferson Street, Jefferson, OH 44047 (For Plaintiff-Appellee).

*Joseph P. Morse,* 323 West Lakeside Avenue, Suite 220, Cleveland, OH 44113 (For Defendant-Appellant).

JOHN J. EKLUND, J.

{¶1} On May 19, 2022, appellant, Raul Alvarez Berrios, by and through counsel filed a notice of appeal from an October 19, 2021 judgment entry of the Ashtabula County Court of Common Pleas which denied his pretrial motion to suppress evidence.

{¶2} An order denying a defendant's motion to suppress prior to the conclusion of the criminal trial has been held to not be a final appealable order. *See State v. Jones,* 11th Dist. Portage No. 98-P-0116, 1999 WL 33100648, *2 (Jan. 29, 1999); *State v. Ricciardi,* 134 Ohio App.3d 155 (7th Dist.1999).

**{¶3}** Additionally, even if the October 19, 2021 entry were a final order, appellant's May 19, 2022 notice of appeal would be untimely since it was filed beyond the thirty-day time period in App.R. 4(A)(1).

**{¶4}** Appeal dismissed, sua sponte, for lack of jurisdiction.

CYNTHIA WESTCOTT RICE, J.,

MARY JANE TRAPP, J.,

concur.

Case No. 2022-A-0043